

FILED
U.S. DISTRICT COURT
EAS... ...T OF LA.

2024 JUL 19 P 1:45

CAROL L. MICHEL

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

INDICTMENT FOR VIOLATION OF
THE FEDERAL GUN CONTROL ACT

**FELONY**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 24-00167 |
| v. | * | SECTION: SECT. M MAG. 4 |
| DENZEL LEE | * | VIOLATIONS: 18 U.S.C. § 922(g)(1) |
| | * | 18 U.S.C. § 924(a)(8) |

\*   \*   \*

The Grand Jury charges that:

## COUNT 1

On or about May 5, 2024, in the Eastern District of Louisiana, the defendant, **DENZEL LEE,** knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, to wit:

(a) a conviction on or about October 25, 2012, in the Orleans Parish Criminal District Court, State of Louisiana, Case Number 486-797 "B," for aggravated battery, in violation of L.A. R.S. 14:34;

Fee ____ USA
Process ____
X Dktd ____
___ CtRmDep ____
___ Doc.No. ____

(b) a conviction on or about June 26, 2017, in the Orleans Parish Criminal District Court, State of Louisiana, Case Number 532-910 "L," for possession with intent to distribute marijuana and Tramadol, in violation of L.A. R.S. 40:966(A)(2) and (C)(3); and

(c) a conviction on or about August 8, 2019, in the Eastern District of Louisiana, Case Number 18-cr-218 "M," for possession of a firearm after a felony conviction, in violation of 18 U.S.C. § 922(g)(1);

did knowingly possess a firearm, that is: a Mossberg & Sons Model MC2SC, 9mm caliber semi-automatic handgun, bearing serial number 005268MA, said firearm having been in and affecting interstate and foreign commerce; in violation of Title 18, United States Code, Sections 922(g)(1), and 924(a)(8).

## NOTICE OF FORFEITURE

1. The allegation of Count 1 of this Indictment is incorporated by reference as though set forth fully herein for the purpose of alleging forfeiture to the United States of America.

2. As a result of the offense alleged in Count 1, the defendant, **DENZEL LEE**, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d)(1), made applicable through Title 28, United States Code, Section 2461, any firearm or ammunition, which was involved in or used in the commission of said offense, including but not limited to any of the following:

Mossberg & Sons Model MC2SC, 9mm caliber semi-automatic handgun, bearing serial number 005268MA;

Eleven (11) live rounds of 9mm ammunition.

3. If any of the above-described property, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third person;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be subdivided without difficulty;

the United States shall seek a money judgment and, pursuant to Title 21, United States Code, Section 853(p), forfeiture of any other property of the defendant up to the value of said property.

A TRUE BILL:

DUANE A. EVANS
UNITED STATES ATTORNEY

MARIA CARBONI
Assistant United States Attorney

New Orleans, Louisiana
July 19, 2024

FORM OBD-34

No.

# UNITED STATES DISTRICT COURT

Eastern *District of* Louisiana

Criminal *Division*

## THE UNITED STATES OF AMERICA

vs.

**DENZEL LEE**

### INDICTMENT FOR VIOLATION OF THE FEDERAL GUN CONTROL ACT

**VIOLATIONS:** 18 U.S.C. § 922(g)(1)
18 U.S.C. § 924(a)(8)

*Filed in open court this* _____ *day of* _____ *A.D.* 2024.

_____
*Clerk*

Bail, $ _____

*[signature]*
MARIA M. CARBONI
Assistant United States Attorney